B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ZURICH ASSOCIATES, LTD.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-3535287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**219-09 JAMAICA AVENUE**<br>**Queens Village, NY**        ZIP Code **11428** | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| --- | --- |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**244-06 Jericho Tpk**<br>**Floral Park, NY**        ZIP Code **11001** | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13         ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ZURICH ASSOCIATES, LTD.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____<br>
                (Name of landlord that obtained judgment)

                _____<br>
                (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **ZURICH ASSOCIATES, LTD.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Harvey J. Cavayero**
Signature of Attorney for Debtor(s)

**Harvey J. Cavayero HJC-7169**
Printed Name of Attorney for Debtor(s)

**Harvey J. Cavayero & Associates**
Firm Name

**57 Old Country Road
2nd FL
Westbury, NY 11590**

Address

                    **Email: hcavayero@aol.com**
**1-516-478-5818  Fax: 1-516478-5817**
Telephone Number

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Harry G. Terezakis**
Signature of Authorized Individual

**Harry G. Terezakis**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**January 10, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    __ZURICH ASSOCIATES, LTD.__                 Case No. _____

                                         Debtor(s)            Chapter      __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Albert Baker**<br>**2655 Nostrand Ave**<br>**Brooklyn, NY 11212** | **Albert Baker**<br>**2655 Nostrand Ave**<br>**Brooklyn, NY 11212** | **Loan** | | **100,000.00** |
| **Anna Vegas Roldan c/o**<br>**Israel Roldan Gonzalez**<br>**Betabces 49**<br>**Aguadilia, Puerto Rico**<br>**Aguadilia, PR 00503** | **Anna Vegas Roldan c/o**<br>**Israel Roldan Gonzalez**<br>**Betabces 49**<br>**Aguadilia, PR 00503** | **Loan** | | **700,000.00** |
| **Ben Cardona**<br>**1328 Wild Pine Ct**<br>**New Port Richey, FL 34655** | **Ben Cardona**<br>**1328 Wild Pine Ct**<br>**New Port Richey, FL 34655** | **Loan** | | **95,000.00** |
| **Beth Chamow**<br>**78 Fairhaven Blvd**<br>**Woodbury, NY 11797** | **Beth Chamow**<br>**78 Fairhaven Blvd**<br>**Woodbury, NY 11797** | **Loan** | | **105,000.00** |
| **David Dejesus**<br>**506 Wilson Avenue**<br>**Brooklyn, NY 11221** | **David Dejesus**<br>**506 Wilson Avenue**<br>**Brooklyn, NY 11221** | **Loans** | | **90,000.00** |
| **Elayne Salem**<br>**144-38 Gravett Road**<br>**Flushing, NY 11367-1339** | **Elayne Salem**<br>**144-38 Gravett Road**<br>**Flushing, NY 11367-1339** | **Loan** | | **160,000.00** |
| **Estate of Barry Levites**<br>**c/o The Levites Group**<br>**374 McLean Avenue**<br>**Yonkers, NY 10705** | **Estate of Barry Levites**<br>**c/o The Levites Group**<br>**374 McLean Avenue**<br>**Yonkers, NY 10705** | **885 Belmont Avenue, Brooklyn, NY**<br>**215 Milford Street, Brooklyn, NY**<br>**29 McDougal Street, Brooklyn, NY**<br>**460 Beach 46th St., Rockway, NY** | | **1,175,982.28**<br><br>**(920,667.00 secured)** |
| **Gabriel Nochlin-Gargari**<br>**15509 102nd Ave N.E.**<br>**Bothell, WA 98011** | **Gabriel Nochlin-Gargari**<br>**15509 102nd Ave N.E.**<br>**Bothell, WA 98011** | **Loan** | | **216,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **ZURICH ASSOCIATES, LTD.**                       Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Harriet Blaiwas c/o Baron Associates, LLC 374 McLean Avenue Yonkers, NY 10705** | **Harriet Blaiwas c/o Baron Associates, LLC 374 McLean Avenue Yonkers, NY 10705** | **854 Knickerbocker Ave., Brooklyn, NY** | | **89,498.45 (500,000.00 secured) (1,598,180.64 senior lien)** |
| **Hiram & Mary T Justiniano 145-08 Rockaway Blvd South Ozone Park, NY 11420** | **Hiram & Mary T Justiniano 145-08 Rockaway Blvd South Ozone Park, NY 11420** | **Loan** | | **100,000.00** |
| **James Follender 215 E Merrick Rd Valley Stream, NY 11580** | **James Follender 215 E Merrick Rd Valley Stream, NY 11580** | **Loan** | | **98,000.00** |
| **Jaurel Latouch 30 Columbus Ave 15A Spring Valley, NY 10977** | **Jaurel Latouch 30 Columbus Ave 15A Spring Valley, NY 10977** | **Loan** | | **100,000.00** |
| **Jean Rico St-Fleur 155 Union Road, Apt 4D Spring Valley, NY 10977** | **Jean Rico St-Fleur 155 Union Road, Apt 4D Spring Valley, NY 10977** | **Loan** | | **150,000.00** |
| **Julie & James Benvenuto 1428 1st St West Babylon, NY 11704** | **Julie & James Benvenuto 1428 1st St West Babylon, NY 11704** | **Loan** | | **135,000.00** |
| **Lea Weiss 150-62 77th Ave Flushing, NY 11367** | **Lea Weiss 150-62 77th Ave Flushing, NY 11367** | **Loan** | | **80,000.00** |
| **MNG Associates, LLC 40 Eagle Ct Syosset, NY 11791** | **MNG Associates, LLC 40 Eagle Ct Syosset, NY 11791** | **Loan** | | **80,000.00** |
| **Paul & Gail Horner 3926 Main Street Box 104 Slatedale, PA 18079** | **Paul & Gail Horner 3926 Main Street Box 104 Slatedale, PA 18079** | **Loan** | | **500,000.00** |
| **Robert Rapaport 440 E 79th St Apt 12N New York, NY 10021** | **Robert Rapaport 440 E 79th St Apt 12N New York, NY 10021** | **Loan** | | **96,800.00** |
| **Steven B. Weiner 960 SW 111th Way Fort Lauderdale, FL 33324** | **Steven B. Weiner 960 SW 111th Way Fort Lauderdale, FL 33324** | **Loan** | | **120,000.00** |
| **The Levites Organization 374 McLean Avenue Yonkers, NY 10705** | **The Levites Organization 374 McLean Avenue Yonkers, NY 10705** | **613 Glenmore Ave, Brooklyn, NY 117 N. First Ave., Bayshore, NY 447 Babylon Tpk, Freeport, NY** | | **914,417.60 (547,000.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **ZURICH ASSOCIATES, LTD.**                          Case No.   _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 10, 2011**_____       Signature   **/s/ Harry G. Terezakis**_____

                                                     **Harry G. Terezakis**
                                                     **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court

### Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.**                               ,      Case No. _____

                                            Debtor                  Chapter_____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,450,574.00 | | |
| B - Personal Property | Yes | 4 | 5,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,714,292.52 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 4,772,728.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 5,455,574.00 | | |
| Total Liabilities | | | | 10,487,021.02 | |

.

# United States Bankruptcy Court
## Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.** _____,     Case No. _____

                   Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **ZURICH ASSOCIATES, LTD.** , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 41 Dehnoff Avenue, Freeport, NY 11520 | | - | 290,407.00 | 266,451.70 |
| 854 Knickerbocker Ave, Brooklyn. NY 11207 | | - | 500,000.00 | 596,656.33 |
| 15A Louis Place, Brooklyn, NY 11233 | | - | 550,000.00 | 376,560.01 |
| 666 Elton Street, Brooklyn, NY 11208 | | - | 425,500.00 | 406,950.51 |
| 439 Logan Street, Brooklyn, NY 11208 | | - | 330,000.00 | 345,063.76 |
| 885 Belmont Avenue, Brooklyn, NY 11208 | | - | 150,667.00 | 391,572.94 |
| 215 Milford Street, Brooklyn, NY 11208 | | - | 380,000.00 | 346,067.92 |
| 29 McDougal Street, Brooklyn, NY 11233 | | - | 200,000.00 | 238,855.46 |
| 460 Beach 46th Street, Averne, NY 11691 | | - | 190,000.00 | 199,485.96 |
| 740A Evergreen Avenue, Brooklyn, NY 11207 | | - | 410,000.00 | 483,522.42 |
| 70 Rockaway Avenue, Brooklyn, NY 11233 | | - | 375,000.00 | 344,067.72 |
| 414 Linwood Street, Brooklyn, NY 11208 | | - | 397,000.00 | 328,609.10 |
| 613 Glenmore Avenue, Brooklyn, NY 11207 | | - | 367,000.00 | 501,412.68 |
| 117 N First Avenue, Bayshore, NY 11706 | | - | 180,000.00 | 413,004.92 |
| 447 Babylon Tpke, Freeport, NY 11520 | | - | 180,000.00 | 0.00 |
| 79 William Street, Roosevelt, NY 11575 | | - | 265,000.00 | 216,450.00 |
| 30 Underhill Avenue, Roosevelt, NY 11575 | | - | 260,000.00 | 259,561.09 |

Sub-Total >   **5,450,574.00**   (Total of this page)

Total >   **5,450,574.00**

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re __ZURICH ASSOCIATES, LTD._____,     Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     0.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re    **ZURICH ASSOCIATES, LTD.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **ZURICH ASSOCIATES, LTD.** _____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 photcopy machine, 2 printers, 2 large filing cabinets, 3 small file cabinets, 1 conference table, 4 chairs, 2 desks, 2 chairs** <br><br> **Location: 219-09 JAMAICA AVENUE, Queens Village NY 11428** | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **5,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **ZURICH ASSOCIATES, LTD.** _____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **5,000.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re   **ZURICH ASSOCIATES, LTD.**                        Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Andrea Leon c/o<br>Baron Associates, LLC<br>374 McLean Avenue<br>Yonkers, NY 10705** | | | | 04/2007 - 06/2009<br><br>**Mortgage (50%)**<br><br>41 Dehnoff Avenue, Freeport, NY | | | | | |
| | | | | Value $        290,407.00 | | | | 133,225.85 | 0.00 |
| Account No. **xx/xxxx - xx/2009**<br><br>**Baron Associates, LLC<br>372 McKlean Avenue<br>Yonkers, NY 10705** | | | | 04/2007-06-2009<br><br>**First Mortgage**<br><br>**854 Knickerbocker Ave., Brooklyn, NY<br>15 A Louis Place, Brooklyn, NY<br>666 Elton Street, Brooklyn, NY<br>439 Logan Street, Brooklyn, NY** | | | | | |
| | | | | Value $      1,805,500.00 | | | | 1,635,732.16 | 0.00 |
| Account No.<br><br>**Estate of Barry Levites<br>c/o The Levites Group<br>374 McLean Avenue<br>Yonkers, NY 10705** | | | | 04/2007 - 06/2009<br><br>**First Mortgage**<br><br>**885 Belmont Avenue, Brooklyn, NY<br>215 Milford Street, Brooklyn, NY<br>29 McDougal Street, Brooklyn, NY<br>460 Beach 46th St., Rockway, NY** | | | | | |
| | | | | Value $       920,667.00 | | | | 1,175,982.28 | 255,315.28 |
| Account No.<br><br>**Harriet Blaiwas c/o<br>Baron Associates, LLC<br>374 McLean Avenue<br>Yonkers, NY 10705** | | | | 04/2007 - 06/2009<br><br>**Co-Lender (15%)**<br><br>854 Knickerbocker Ave., Brooklyn, NY | | | | | |
| | | | | Value $       500,000.00 | | | | 89,498.45 | 89,498.45 |

  **1**   continuation sheets attached

Subtotal                **3,034,438.74**      **344,813.73**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  **ZURICH ASSOCIATES, LTD.**                                      ,        Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Janice Levites c/o<br>The Levites Group<br>374 McLean Avenue<br>Yonkers, NY 10705 | | | 04/2007 - 06/2009<br><br>First Mortgage (50%)<br><br>41 Dehnoff Avenue, Freeport, NY<br><br>Value $       290,407.00 | | | | 133,225.85 | 0.00 |
| Account No.<br><br>Levites Family LP<br>c/o<br>Rettner Management Corp<br>374 McLean Avenue<br>Yonkers, NY 10705 | | | 03/05/2009<br><br>First Mortgage<br><br>30 Undrhill Avenue, Roosevelt, NY 11575<br><br>Value $       260,000.00 | | | | 259,561.09 | 0.00 |
| Account No.<br><br>LGirls, LLC c/o<br>The Levetis Group<br>374 McLean Avenue<br>Yonkers, NY 10705 | | | 04/2007 - 06/2009<br><br>740 Evergreen, Brooklyn, NY<br>70 Rockaway Ave., Brooklyn, NY<br>414 Linwood Street, Brooklyn, NY<br><br>Value $      1,182,000.00 | | | | 1,156,199.24 | 0.00 |
| Account No.<br><br>The Levites Organization<br>374 McLean Avenue<br>Yonkers, NY 10705 | - | | 04/2007 - 06/2009<br><br>First Mortgage<br><br>613 Glenmore Ave, Brooklyn, NY<br>117 N. First Ave., Bayshore, NY<br>447 Babylon Tpk, Freeport, NY<br><br>Value $       547,000.00 | | | | 914,417.60 | 367,417.60 |
| Account No.<br><br>Valley National Bank<br>1455 Valley Road<br>Wayne, NJ 07470 | - | | 06/2009<br><br>Mortgage<br><br>79 Williams Street<br>Roosevelt, NY 11575<br><br>Value $       265,000.00 | | | | 216,450.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 2,679,853.78 | 367,417.60 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 5,714,292.52 | 712,231.33 |

B6E (Official Form 6E) (4/10)

.

In re   **ZURICH ASSOCIATES, LTD.**                         Case No. _____
_____,
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                      **0**    continuation sheets attached

**B6F (Official Form 6F) (12/07)**

In re **ZURICH ASSOCIATES, LTD.** , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Albert Baker**<br>**2655 Nostrand Ave**<br>**Brooklyn, NY 11212** | | - | | | **Loan** | | | | 100,000.00 |
| Account No.<br><br>**Alica Franco**<br>**3466 Westgate Drive**<br>**Greenville, NC 27834** | | - | | | **06/2009**<br>**Loan** | | | | 5,000.00 |
| Account No.<br><br>**Anderson Realty**<br>**435 E 52nd St**<br>**Suite 6C**<br>**New York, NY 10022** | | - | | | **Loan** | | | | 50,000.00 |
| Account No.<br><br>**Anna Vegas Roldan c/o**<br>**Israel Roldan Gonzalez**<br>**Betabces 49**<br>**Aguadilla, Puerto Rico**<br>**Aguadilla, PR 00503** | | - | | | **11/2007, 11/2008**<br>**Loan** | | | | 700,000.00 |

_**14**_ continuation sheets attached

Subtotal
(Total of this page)  **855,000.00**

In re **ZURICH ASSOCIATES, LTD.** _____ ,    Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Antanino Puglia** <br> **12 Elmwood court** <br> **Westbury, NY 11590** | - | | | | **07/2009** <br> **Loan** | | | | 50,000.00 |
| Account No. <br><br> **Barbara Anderson** <br> **435 E 52nd St** <br> **Suite 6C** <br> **New York, NY 10022** | - | | | | **Loan** | | | | 26,100.00 |
| Account No. <br><br> **Beby (Brady) St.Fleur** <br> **9 Boyack Rd** <br> **Clifton Park, NY 12065** | - | | | | **09/2008** <br> **Loan** | | | | 55,000.00 |
| Account No. <br><br> **Ben Cardona** <br> **1328 Wild Pine Ct** <br> **New Port Richey, FL 34655** | - | | | | **Loan** | | | | 95,000.00 |
| Account No. <br><br> **Beth Chamow** <br> **78 Fairhaven Blvd** <br> **Woodbury, NY 11797** | - | | | | **Loan** | | | | 105,000.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal <br> (Total of this page)     331,100.00

In re __ZURICH ASSOCIATES, LTD._____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | Loan | | | | |
| **Charanjit Sachdev** **40 Eagle Ct** **Syosset, NY 11791** | | | | | | | | | 50,000.00 |
| Account No. | | | - | | Loan | | | | |
| **Clara Chamow** **16 Harwood Rd** **Monroe Township, NJ 08831** | | | | | | | | | 6,000.00 |
| Account No. | | | - | | 02/2009 Loan | | | | |
| **Claude Marie Joseph** **15 Clark Drive** **Nanuet, NY 10954** | | | | | | | | | 40,000.00 |
| Account No. | | | - | | 2009-2010 Municipa Electric | | | | |
| **ConEdison Co of NY, Inc.** **Cooper Station** **P.O. Box 138** **New York, NY 10276-0138** | | | | | | | | | 28,000.00 |
| Account No. | | | - | | 12/2008, 8/2008 Loans | | | | |
| **David Dejesus** **506 Wilson Avenue** **Brooklyn, NY 11221** | | | | | | | | | 90,000.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214,000.00

In re   **ZURICH ASSOCIATES, LTD.**             ,      Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Domainque Jeudy 105 South Fulton Ave. Apt A-1 Mount Vernon, NY 10550** | - | | | | 1/30/2010 Loan | | | | 25,000.00 |
| Account No. **Douglas M. Weider 8 Carriage Lane Center Moriches, NY 11934** | - | | | | Loan | | | | 15,000.00 |
| Account No. **Elayne Salem 144-38 Gravett Road Flushing, NY 11367-1339** | - | | | | 01/2009 Loan | | | | 160,000.00 |
| Account No. **Emmanuel Joseph 12 Paquin Lane Spring Valley, NY 10977** | - | | | | 04/2009 Loan | | | X | 15,112.50 |
| Account No. **Eugenia Bernard 1165 NC 122 S Pinetops, NC 27864** | - | | | | 01/2009 Loan | | | | 52,000.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                         (Total of this page)      267,112.50

In re **ZURICH ASSOCIATES, LTD.**,      Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 04/2009 Loan | | | | |
| Fequiere Chery 19 Fletcher Road Monsey, NY 10952 | - | | | | | | | | 5,000.00 |
| Account No. | | | | | Loan | | | | |
| Gabriel Nochlin-Gargari 15509 102nd Ave N.E. Bothell, WA 98011 | - | | | | | | | | 216,000.00 |
| Account No. | | | | | 12/2008, 05/2009 Loan | | | | |
| Garcia R. Montfleury 9 Hempstead Road Spring Valley, NY 10977 | - | | | | | | | | 40,000.00 |
| Account No. | | | | | 06/2009 Loans | | | | |
| Garry & Carmela Jockel 1 Pesce Court Bohemia, NY 11716 | - | | | | | | | | 50,000.00 |
| Account No. | | | | | 01/2008 Loan | | | | |
| Glennaro Romito 1185 E. Broadway Apt 4E Hewlett, NY 11557 | - | | | | | | | | 20,000.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **331,000.00**

1/10/11 7:29PM

In re    **ZURICH ASSOCIATES, LTD.**                                             ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan | | | | |
| **Hiram & Mary T Justiniano** **145-08 Rockaway Blvd** **South Ozone Park, NY 11420** | | - | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| **Hope Christian Center** **369 New Lots Ave** **Brooklyn, NY 11207** | | - | | | | | | 15,000.00 |
| Account No. | | | | Loan | | | | |
| **Irline B. Antoine** **15 Glenmere Court** **Monsey, NY 10952** | | - | | | | | | 13,000.00 |
| Account No. | | | | Loan | | | | |
| **James Follender** **215 E Merrick Rd** **Valley Stream, NY 11580** | | - | | | | | | 98,000.00 |
| Account No. | | | | Loan | | | | |
| **James K. Bleck** **30 Lawrence St** **Farmingdale, NY 11735** | | - | | | | | | 70,000.00 |

Sheet no. __5___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

296,000.00

In re   **ZURICH ASSOCIATES, LTD.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 02/2008 Loan | | | | |
| Jaurel Latouch 30 Columbus Ave 15A Spring Valley, NY 10977 | - | | | | | | | | 100,000.00 |
| Account No. | | | | | 03/2009 Loan | | | | |
| Jean Rico St-Fleur 155 Union Road, Apt 4D Spring Valley, NY 10977 | - | | | | | | | | 150,000.00 |
| Account No. | | | | | Loan | | | | |
| Jelena Jadrihhinskaja 41 Elwood Road Northport, NY 11768 | - | | | | | | | | 51,000.00 |
| Account No. | | | | | Loan | | | | |
| Jimmy Chung 37 Park West New Hyde Park, NY 11040 | - | | | | | | | | 50,000.00 |
| Account No. | | | | | 01/2009 Loan | | | | |
| Joanne Salem Lematt Enterprises, Inc. 15848 Country Lake Drive Tampa, FL 33624 | - | | | | | | | | 50,000.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **401,000.00**

In re **ZURICH ASSOCIATES, LTD.**                ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Loan | | | | |
| John Burccyk 12 Elmwood Court Westbury, NY 11590 | | - | | | | | | | 30,000.00 |
| **Account No.** | | | | | Loan | | | | |
| Joseph Grimaldi 315 E 106th St Apt 20C New York, NY 10029-4830 | | - | | | | | | | 45,000.00 |
| **Account No.** | | | | | Loan | | | | |
| Julie & James Benvenuto 1428 1st St West Babylon, NY 11704 | | - | | | | | | | 135,000.00 |
| **Account No.** | | | | | Loan | | | | |
| Knia Bonds 158-20 73rd Ave Fresh Meadows, NY 11366 | | - | | | | | | | 10,000.00 |
| **Account No.** | | | | | 06/2008 Judgment | | | | |
| Laurence L. Love a/k/a Larry Love 118-35 Queens Blvd Suite 1220 Forest Hills, NY 11375 | | - | | | | | | | 20,000.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **240,000.00**

In re   **ZURICH ASSOCIATES, LTD.**               ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lea Weiss** <br>**150-62 77th Ave** <br>**Flushing, NY 11367** | | - | | | Loan | | | | 80,000.00 |
| Account No. <br><br>**Lidz Eugene** <br>**81 B.N. North Airmont Rd** <br>**Suffern, NY 10901** | | - | | | 12/2007 <br>Loan | | | | 10,000.00 |
| Account No. <br><br>**M Lawes & Kisha T Reeves** <br>**641-43 New Jersey Ave** <br>**Apt 3B** <br>**Brooklyn, NY 11207** | | - | | | Loan | | | | 40,000.00 |
| Account No. <br><br>**Madone Singer** <br>**8706 Farragut Rd** <br>**Brooklyn, NY 11236** | | - | | | Loan | | | | 25,000.00 |
| Account No. <br><br>**Mariana Vinberg** <br>**108 Genesee St** <br>**N.Bellmore, NY 11710** | | - | | | 09/2009 <br>Loan | | | | 40,000.00 |

Sheet no. __8___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **195,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ZURICH ASSOCIATES, LTD.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | 08/2008 Loan | | | | | | |
| Marie B. Jeudy 150 Liberty Pkwy Apt G1 Spring Valley, NY 10977 | - | | | | | | | | 25,000.00 |
| Account No. | | | 04/2009 Loan | | | | | | |
| Marie C. & Jean Leandre 1 Ward Lane Spring Valley, NY 10977 | - | | | | | | | | 30,000.00 |
| Account No. | | | Loan | | | | | | |
| Mark Figueroa 1000 Soria Ave Orlando, FL 32807 | - | | | | | | | | 15,000.00 |
| Account No. | | | Loan | | | | | | |
| MNG Associates, LLC 40 Eagle Ct Syosset, NY 11791 | - | | | | | | | | 80,000.00 |
| Account No. | | | Loan | | | | | | |
| Naomi Pierre 8706 Farragut Rd Brooklyn, NY 11236 | - | | | | | | | | 16,500.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **166,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **ZURICH ASSOCIATES, LTD.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **National Grid** PO Box 20690 Brooklyn, NY 11202-9965 | - | | | | 2009-2010 Utilities | | | | 26,000.00 |
| Account No. **Navjot Sachdev** 40 Eagle Ct Syosset, NY 11791 | - | | | | Loan | | | | 50,000.00 |
| Account No. **Nicole Etienne** 820 Wallace Ave Baldwin, NY 11510 | - | | | | Loan | | | | 37,000.00 |
| Account No. **Norman Richards** 13185 Graywolf Lane Covington, GA 30014 | - | | | | Loan | | | | 47,000.00 |
| Account No. **NYC Waterboard** PO Box 410 Church Street Station New York, NY 10008-0410 | - | | | | 2009-2010 Municipal (Water) Lien | | | | 35,000.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **195,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **ZURICH ASSOCIATES, LTD.** ,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 06/2009, 08/2009 Loan | | | | |
| Paul & Gail Horner 3926 Main Street Box 104 Slatedale, PA 18079 | - | | | | | | 500,000.00 |
| Account No. | | | 05/2009 Loan | | | | |
| Paul Gabriel 4 Robert Court Nanuet, NY 10954 | - | | | | | | 30,000.00 |
| Account No. | | | 03/01/2010 Automobile Lease | | | | |
| Putnam Leasing Company 300 Main Street Stamford, CT 06901 | - | | | | | X | 24,216.00 |
| Account No. | | | Loan | | | | |
| Ramneet Kalra 69 Tenafly Dr New Hyde Park, NY 11040 | - | | | | | | 15,000.00 |
| Account No. | | | Loan | | | | |
| Ravinder Hora 1419 Tadmor St N.Merrick, NY 11566 | - | | | | | | 28,000.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

597,216.00

In re **ZURICH ASSOCIATES, LTD.** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | 09/2008 Loan | | | | | | | |
| Reginald Smith 102 Scotland Hill Road Chestnut Ridge, NY 10977 | - | | | | | | | X | |
| | | | | | | | | | 20,000.00 |
| Account No. | | Loan | | | | | | | |
| Richard Rodriguez 53-13 5th Ave Brooklyn, NY 11220 | - | | | | | | | | |
| | | | | | | | | | 75,000.00 |
| Account No. | | 07/2009 Loan | | | | | | | |
| Robert Rapaport 440 E 79th St Apt 12N New York, NY 10021 | - | | | | | | | | |
| | | | | | | | | | 96,800.00 |
| Account No. | | Loan | | | | | | | |
| Rony Joseph 6 Ward Lane Spring Valley, NY 10977 | - | | | | | | | | |
| | | | | | | | | | 50,000.00 |
| Account No. | | Loan | | | | | | | |
| Roslyn John 912 Saratoga Avenue Apt 6B Brooklyn, NY 11212 | - | | | | | | | | |
| | | | | | | | | | 20,000.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **261,800.00**

In re **ZURICH ASSOCIATES, LTD.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05/2008 Loan | | | | |
| Sheila Audige 104 Decatur Ave Spring Valley, NY 10977 | - | | | | | | | 45,000.00 |
| Account No. | | | | 03/2009 Loan | | | | |
| Simone Aurelien 7 Zackary Lane Apt 2 Yardville, NJ 08620 | - | | | | | | | 10,000.00 |
| Account No. | | | | 03/2009 Loan | | | | |
| Sofia Milien 76 Camp Hill Road Pomona, NY 10970 | - | | | | | | | 75,000.00 |
| Account No. | | | | Loan | | | | |
| Steven B. Weiner 960 SW 111th Way Fort Lauderdale, FL 33324 | - | | | | | | | 120,000.00 |
| Account No. | | | | Loan | | | | |
| Steven Weiss 100 W Broadway Apt 4K Long Beach, NY 11561 | - | | | | | | | 15,000.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          265,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ZURICH ASSOCIATES, LTD.**                           ,       Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Loan | | | | |
| **Teena Bimby** **2912 Mulberry Street** **Greenville, NC 27858** | | | | | | | | | 80,000.00 |
| Account No. | | | - | | Loan | | | | |
| **Vanessa Erlichson** **c/o Polaris Images** **259 W 30th St** **13th FL** **New York, NY 10001** | | | | | | | | | 12,000.00 |
| Account No. | | | - | | Loan | | | | |
| **Virginia Kinahan** **1 Astro Place** **Dix Hills, NY 11746** | | | | | | | | | 40,000.00 |
| Account No. | | | - | | 04/2009 Loan | | | X | |
| **Vladimir & Tracy Monel** **66 Creekside Circle** **Spring Valley, NY 10977** | | | | | | | | | 20,000.00 |
| Account No. | | | - | | Loan | | | | |
| **Wanda Levine** | | | | | | | | | 5,000.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 157,000.00 |
| Total (Report on Summary of Schedules) | | 4,772,728.50 |

B6G (Official Form 6G) (12/07)

In re   **ZURICH ASSOCIATES, LTD.**            ,      Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **ZURICH ASSOCIATES, LTD.**                       ,       Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Eastern District of New York

In re  **ZURICH ASSOCIATES, LTD.**                                    Case No. _____

                                        Debtor(s)          Chapter          **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 10, 2011**_____          Signature    **/s/ Harry G. Terezakis**_____

                                                   **Harry G. Terezakis**
                                                   **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.**            Case No. _____

                                     Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-310,531.00** | **2009:** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

---

**3. Payments to creditors**

None ■     *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■     b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Nicola Cavallo v. Harry G. Terezakis and Zurich Associates, Ltd, et al.** <br>**Index No. 1512/10** | **TRO and Lis Pendens on 16 real properties owned by Debtor and listed in Schedule A to Petition hereto** | **Queens County Supreme Court** <br>**88-11 Sutphin Blvd** <br>**Jamaica, New York** | **Pending** |
| **Jaurel LaTouche, Sheila Audige, Garcia Montfleury, Emmanuel Joseph, Vladmir Monel, et al. v. Harry Terezakis, Zurich Associates Ltd, et al.** <br>**Index No. 15799/10** | **Debt Collection of loan(s) under Promissory Note(s)** | **Queens County Supreme Court** <br>**Long Island City, New York** | **Pending** |
| **Paul W. Horner and Gail A. Horner v. Harry G. Terezakis and Zurich Associates, Ltd.** <br>**Index No. 10-2586** | **Debt Collection of loan(s) under Promissory Note(s)** | **US District Court, Eastern District of New York** <br>**E. Cadman Plaza, Brooklyn, New York** | **Judgment** |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **L. Teena Bimby v. Nicola Cavallo, Harry Terezakis and Zurich Associates, Ltd. Index No. 19533/2010** | **Debt Collection of loan(s) under Promissory Note(s)** | **Queens County Civil Court, City of New York** | **Pending** |
| **Lematt Enterprises Inc., and JoAnne Salem v. Zurich Associates, Ltd. and Harry G. Terezakis, Individually Index No. 8879/2010** | **Debt Collection of loan(s) under Promissory Note(s)** | **Queens County Supreme Court 88-11 sutphin Blvd, Jamaica, New York** | **Summary Judgment Motion Pending** |
| **Elayne Salem v. Zurich Associates, Ltd., and Harry G. Terezakis, Individually Index No. 14400/2010** | **Debt Collection of loan(s) under Promissory Note(s)** | **Queens County Supreme Court 88-11 Sutphin Blvd, Jamaica, New York** | **Summary Judgment Motion pending** |
| **Gabriel Gargari v. Harry G. Terezakis, Zurich Associates, Ltd., and Nicola Cavallo Index No. 103180/10** | **Debt Collection of loan(s) under Promissory Note(s)** | **New York County Supreme Court 60 Centre Street, New York, New York** | **Summary Judgment** |
| **Valley National Bank v. Zurich Associates, Ltd., Harry G. Terezakis, et al. Index No. 10-008848** | **Mortgage Foreclosure- On Debtor's 79 Williams Street, Roosevelt, NY 11575 real property and premises** | **Nassau county Supreme courty Supreme Court Drive, Mineola, New York** | **Pending** |
| **Roslyn John v. Harry Terezakis and Nicola Cavallo 084519/10** | **Debt Collection of loan(s) under Promissory Note(s)** | **New York City Civil Court Kings County, New York 141 Livingston St, Brooklyn, NY 11201** | **Pending** |
| **Laurence L. Love a/k/a Larry Love v. Harry G. Terezakis, Zurich Associates, Ltd., and Nicola Cavallo Index No. 044580/10** | **Debt Collection of loan(s) under Promissory Note(s)** | **New York City Civil Court, Queens County, New York 89-17 Sutphin Blvd, Jamaica, New York** | **Judgment** |
| **Montefleury v. Terezakis, Century 21 Amiable Realty, and Zurich Associates, Ltd. File# 2010-0362** | **Investigation** | **NYS Department of State 123 William Street, New York, NY 10038-3804** | **Pending** |
| **Putnam Leasing Company I, LLC v. Zurich Associates, Ltd. and Harry Terezakis Index No. 10-019517** | **Collection of loan deficiency after repossession and sale of vehicle** | **Nassau County Supreme Court Mineola, New York** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Putnum Leasing Company**<br>**300 Main Street**<br>**Stamford, CT 06901** | 04/01/2010 | **2005 Bentley Continental GT automobile**<br>**$65,000.00 approx book value** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Harvey J. Cavayero & Associates<br>57 Old Country Road<br>Suite L<br>Westbury, NY 11590 | 01/07/1011<br>**LEVITES REALTY MANAGEMENT LLC**<br>**YONKERS, NY 10705**<br>**Senior Secured Lender** | $20,000.00 |

#### 10. Other transfers

None
■     a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER       DESCRIPTION AND VALUE OF PROPERTY       LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS       NAME USED       DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Zurich Associates, Ltd.** | **5287** | **219-09 Jamaica Avenue Queens Village, NY 11428** | **Acquisition and resale of residental and commercial real properties** | **07/16/1999- 01/31/2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Loretta Winnie**                                      **01/01/2008-03/31/2010**
**219-09 Jamaica Avenue**
**Bellerose, NY 11426**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Morgenstern, Svogoda &** | **Baer, CPA's, PC 40 Exchange Place Suite 1820 New York, NY 10005** | **01/01/2000-12/31/2010** |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Harry G. Terezakis**<br>**244-06 Jericho Tpke**<br>**Floral Park, NY 11001** | **President** | **100% Sole Shareholder of 100 issued**<br>**no-par value common stock** |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|-----------------------------------------------------|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **January 10, 2011**                    Signature  **/s/ Harry G. Terezakis**

                                                         **Harry G. Terezakis**
                                                         **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.**                                    Case No. _____
                                                          Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................... $ _____**20,000.00**

    Prior to the filing of this statement I have received ......................... $ _____**20,000.00**

    Balance Due ................................................................................... $ _____**0.00**

2. $ __**1,000.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **LEVITES REALTY MANAGEMENT LLC
    YONKERS, NY 10705
    Senior Secured Lender**

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 10, 2011**                              **/s/ Harvey J. Cavayero**
                                                          **Harvey J. Cavayero HJC-7169**
                                                          **Harvey J. Cavayero & Associates**
                                                          **57 Old Country Road**
                                                          **2nd FL**
                                                          **Westbury, NY 11590**
                                                          **1-516-478-5818   Fax: 1-516478-5817**
                                                          **hcavayero@aol.com**

---

# United States Bankruptcy Court

## Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.**                 ,

                                     Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**None**

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **January 10, 2011** _____        Signature _ **/s/ Harry G. Terezakis** _____

                                               **Harry G. Terezakis**

                                               **Chief Executive Officer**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** ____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re    **ZURICH ASSOCIATES, LTD.**                                 Case No. _____

                                            Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **January 10, 2011** _____         **/s/ Harry G. Terezakis** _____

                                                  **Harry G. Terezakis**/Chief Executive Officer
                                                  Signer/Title

Date:    **January 10, 2011** _____         **/s/ Harvey J. Cavayero** _____

                                                  Signature of Attorney
                                                  **Harvey J. Cavayero HJC-7169**
                                                  **Harvey J. Cavayero & Associates**
                                                  **57 Old Country Road**
                                                  **2nd FL**
                                                  **Westbury, NY 11590**
                                                  **1-516-478-5818  Fax: 1-516478-5817**

Albert Baker
2655 Nostrand Ave
Brooklyn, NY 11212

Alica Franco
3466 Westgate Drive
Greenville, NC 27834

Anderson Realty
435 E 52nd St
Suite 6C
New York, NY 10022

Andrea Leon c/o
Baron Associates, LLC
374 McLean Avenue
Yonkers, NY 10705

Anna Vegas Roldan c/o
Israel Roldan Gonzalez
Betabces 49
Aguadilia, Puerto Rico
Aguadilia, PR 00503

Antanino Puglia
12 Elmwood court
Westbury, NY 11590

Attorney General's Office
State of New York
120 Broadway
New York, NY 10271

Barbara Anderson
435 E 52nd St
Suite 6C
New York, NY 10022

Beby (Brady) St.Fleur
9 Boyack Rd
Clifton Park, NY 12065

Ben Cardona
1328 Wild Pine Ct
New Port Richey, FL 34655

Beth Chamow
78 Fairhaven Blvd
Woodbury, NY 11797


Better Business Bureau
Dispute Resolution Servic
30 E. 33rd Street
12th FL
New York, NY 10016


Charanjit Sachdev
40 Eagle Ct
Syosset, NY 11791


Clara Chamow
16 Harwood Rd
Monroe Township, NJ 08831


Claude Marie Joseph
15 Clark Drive
Nanuet, NY 10954


ConEdison Co of NY, Inc.
Cooper Station
P.O. Box 138
New York, NY 10276-0138


David Dejesus
506 Wilson Avenue
Brooklyn, NY 11221


Domainque Jeudy
105 South Fulton Ave.
Apt A-1
Mount Vernon, NY 10550


Douglas M. Weider
8 Carriage Lane
Center Moriches, NY 11934


Elayne Salem
144-38 Gravett Road
Flushing, NY 11367-1339

Emmanuel Joseph
12 Paquin Lane
Spring Valley, NY 10977

Estate of Barry Levites
c/o The Levites Group
374 McLean Avenue
Yonkers, NY 10705

Eugenia Bernard
1165 NC 122 S
Pinetops, NC 27864

Fequiere Chery
19 Fletcher Road
Monsey, NY 10952

Frank A. Doddato, PC
666 Old Country Road
Suite 501
Garden City, NY 11530-2004

Gabriel Nochlin-Gargari
15509 102nd Ave N.E.
Bothell, WA 98011

Garcia R. Montfleury
9 Hempstead Road
Spring Valley, NY 10977

Garry & Carmela Jockel
1 Pesce Court
Bohemia, NY 11716

Glennaro Romito
1185 E. Broadway
Apt 4E
Hewlett, NY 11557

Harriet Blaiwas c/o
Baron Associates, LLC
374 McLean Avenue
Yonkers, NY 10705

Harry G. Terezakis
244-06 Jericho Tpke
Floral Park, NY 11001


Hiram & Mary T Justiniano
145-08 Rockaway Blvd
South Ozone Park, NY 11420


Hope Christian Center
369 New Lots Ave
Brooklyn, NY 11207


Irline B. Antoine
15 Glenmere Court
Monsey, NY 10952


James Follender
215 E Merrick Rd
Valley Stream, NY 11580


James I. Williams, Esq.
363 Sixth Avenue
Brooklyn, NY 11215


James K. Bleck
30 Lawrence St
Farmingdale, NY 11735


Janice Levites c/o
The Levites Group
374 McLean Avenue
Yonkers, NY 10705


Jaurel Latouch
30 Columbus Ave
15A
Spring Valley, NY 10977


Jean Rico St-Fleur
155 Union Road, Apt 4D
Spring Valley, NY 10977


Jelena Jadrihhinskaja
41 Elwood Road
Northport, NY 11768

Jimmy Chung
37 Park West
New Hyde Park, NY 11040


Joanne Salem
Lematt Enterprises, Inc.
15848 Country Lake Drive
Tampa, FL 33624


John Burccyk
12 Elmwood Court
Westbury, NY 11590


Joseph Grimaldi
315 E 106th St
Apt 20C
New York, NY 10029-4830


Julie & James Benvenuto
1428 1st St
West Babylon, NY 11704


Kenneth L. Small, Esq.
317 Madison Ave
Suite 405
New York, NY 10017


Knia Bonds
158-20 73rd Ave
Fresh Meadows, NY 11366


Kriss & Feurerstein, LLP
360 Lexington Avenue
Suite 1200
New York, NY 10016


Laurence L. Love
a/k/a Larry Love
118-35 Queens Blvd
Suite 1220
Forest Hills, NY 11375


Lea Weiss
150-62 77th Ave
Flushing, NY 11367

Levites Family LP
c/o
Rettner Management Corp
374 McLean Avenue
Yonkers, NY 10705


LGirls, LLC c/o
The Levetis Group
374 McLean Avenue
Yonkers, NY 10705


Lidz Eugene
81 B.N. North Airmont Rd
Suffern, NY 10901


M Lawes & Kisha T Reeves
641-43 New Jersey Ave
Apt 3B
Brooklyn, NY 11207


Madone Singer
8706 Farragut Rd
Brooklyn, NY 11236


Mallilo & Grossman, Esqs.
163-09 Northern Blvd
Flushing, NY 11358


Mariana Vinberg
108 Genesee St
N.Bellmore, NY 11710


Marie B. Jeudy
150 Liberty Pkwy
Apt G1
Spring Valley, NY 10977


Marie C. & Jean Leandre
1 Ward Lane
Spring Valley, NY 10977


Mark Figueroa
1000 Soria Ave
Orlando, FL 32807

MNG Associates, LLC
40 Eagle Ct
Syosset, NY 11791


Morgenstern, Svogoda &
Baer, CPA's, PC
40 Exchange Place
Suite 1820
New York, NY 10005


Naomi Pierre
8706 Farragut Rd
Brooklyn, NY 11236


National Grid
PO Box 20690
Brooklyn, NY 11202-9965


Navjot Sachdev
40 Eagle Ct
Syosset, NY 11791


Nicola Cavallo
31 Brighton Road
Island Park, NY 11558


Nicole Etienne
820 Wallace Ave
Baldwin, NY 11510


Norman Richards
13185 Graywolf Lane
Covington, GA 30014


NYC Waterboard
PO Box 410
Church Street Station
New York, NY 10008-0410


NYS Department of State
Div of Licensing Servs
123 Williams Street
New York, NY 10038-3804

Paul & Gail Horner
3926 Main Street
Box 104
Slatedale, PA 18079


Paul Gabriel
4 Robert Court
Nanuet, NY 10954


Putnum Leasing Company
300 Main Street
Stamford, CT 06901


Ramneet Kalra
69 Tenafly Dr
New Hyde Park, NY 11040


Ravinder Hora
1419 Tadmor St
N.Merrick, NY 11566


Reginald Smith
102 Scotland Hill Road
Chestnut Ridge, NY 10977


Richard J. Solemanzadeh
320 Nassau Blvd.
Suite 7
Garden City, NY 11530


Richard Rodriguez
53-13 5th Ave
Brooklyn, NY 11220


Robert J. Semaya, Esq
Moses & Singer LLP
The Chrysler Bld
405 Lexington Ave
New York, NY 10174-1299


Robert Rapaport
440 E 79th St
Apt 12N
New York, NY 10021

Rockland County Dept of
Weights & Measures-Office
of Consumer Protection
18 New Hempstead Road
New City, NY 10956


Rony Joseph
6 Ward Lane
Spring Valley, NY 10977


Roslyn John
912 Saratoga Avenue
Apt 6B
Brooklyn, NY 11212


Sheila Audige
104 Decatur Ave
Spring Valley, NY 10977


Simone Aurelien
7 Zackary Lane
Apt 2
Yardville, NJ 08620


Sofia Milien
76 Camp Hill Road
Pomona, NY 10970


Stephen David Fink, Esq.
118-35 Queens Blvd
Suite 1220
Forest Hills, NY 11375


Steven B. Weiner
960 SW 111th Way
Fort Lauderdale, FL 33324


Steven Weiss
100 W Broadway
Apt 4K
Long Beach, NY 11561


Teena Bimby
2912 Mulberry Street
Greenville, NC 27858

The Levites Organization
374 McLean Avenue
Yonkers, NY 10705


Valley National Bank
1455 Valley Road
Wayne, NJ 07470


Vanessa Erlichson
c/o Polaris Images
259 W 30th St
13th FL
New York, NY 10001


Virginia Kinahan
1 Astro Place
Dix Hills, NY 11746


Vladimir & Tracy Monel
66 Creekside Circle
Spring Valley, NY 10977


Wanda Levine


Westerman Ball, Ederer
Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556

# United States Bankruptcy Court
### Eastern District of New York

In re   **ZURICH ASSOCIATES, LTD.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ZURICH ASSOCIATES, LTD.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 10, 2011**

Date

**/s/ Harvey J. Cavayero**

**Harvey J. Cavayero HJC-7169**

Signature of Attorney or Litigant

Counsel for  **ZURICH ASSOCIATES, LTD.**

**Harvey J. Cavayero & Associates**

**57 Old Country Road**
**2nd FL**
**Westbury, NY 11590**
**1-516-478-5818 Fax:1-516478-5817**
**hcavayero@aol.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  ZURICH ASSOCIATES, LTD. _____ **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): **Y**

**CERTIFICATION** (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Harvey J. Cavayero**

**Harvey J. Cavayero HJC-7169**

Signature of Debtor's Attorney

**Harvey J. Cavayero & Associates**
**57 Old Country Road**
**2nd FL**
**Westbury, NY 11590**
**1-516-478-5818 Fax:1-516478-5817**

_____

Signature of Pro Se Debtor/Petitioner

_____

Signature of Pro Se Joint Debtor/Petitioner

_____

Mailing Address of Debtor/Petitioner

_____

City, State, Zip Code

_____

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy