**Exhibit 3 – Proposed Ballot**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                  Chapter 11

ZURICH ASSOCIATES, LTD.,

                                  Case No. 11-40145-JBR

                  Debtor.
-------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION

The Official Committee of Unsecured Creditors (the "**Committee**") of Zurich Associates, Ltd, the debtor and debtor in possession herein, has filed its Plan of Liquidation, dated May 26, 2011 (as the same may be supplemented or amended, the "**Plan**"). The Court has approved the Committee's Disclosure Statement dated May 26, 2011 with respect to the Plan (as the same may be supplemented or amended, the "**Disclosure Statement**"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, New York 11556
Attn.: Thomas A. Draghi, Esq.
Telephone:    (516) 622-9200

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court. **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you vote in favor of the Plan and it is confirmed, you will be consenting to the release provisions contained in Article XII of the Plan.**

**If your ballot is not received by:**
Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, New York 11556
Attn.: Thomas A. Draghi, Esq.
Telephone:    (516) 622-9200

**By 5:00 p.m. (prevailing Eastern Time) on or before [July 15, 2011] and such deadline is not extended, your vote may not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

(*Indicate the Class and dollar amount of your Claim*):

The undersigned, holder of a Class __ Claim/Interest in the amount of $_____,

(*Check one box only*)

[  ]   **ACCEPTS THE PLAN**                              [  ]    **REJECTS THE PLAN**

Dated: _____, 2011

                              Print or type name: _____
                              Signature: _____
                              Title (if corporation or partnership) _____
                              Address:        _____
                                                              _____
                                                              _____

RETURN THIS BALLOT TO:

Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, New York 11556
Attn.: Thomas A. Draghi, Esq.
Telephone:     (516) 622-9200

00466650.DOC