| | |
|---|---|
| WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | Hearing Date: June 13, 2011<br>Hearing Time: 2:30 p.m. |

WESTERMAN BALL EDERER MILLER
   & SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
Thomas A. Draghi, Esq.
Mickee M. Hennessy, Esq.

*Counsel for the Official Committee of Unsecured*
*Creditors of Zurich Associates, Ltd.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

                                      Chapter 11

ZURICH ASSOCIATES, LTD.,

                                      Case No. 11-40145-JBR

               Debtor.
------------------------------------------------------X

**NOTICE OF HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF ZURICH ASSOCIATES, LTD. FOR AN ORDER (A)**
**APPROVING THE COMMITTEE'S DISCLOSURE STATEMENT; (B) APPROVING**
**NOTICE PROCEDURES; (C) SCHEDULING A HEARING ON CONFIRMATION OF**
**THE COMMITTEE'S PLAN OF LIQUIDATION; (D) ESTABLISHING**
**PROCEDURES FOR SOLICITATION AND TABULATION**
**OF BALLOTS; AND (E) GRANTING RELATED RELIEF**

        **PLEASE TAKE NOTICE,** that upon the motion dated May 26, 2011 (the "**Motion**"), filed by the Official Committee of Unsecured Creditors (the "**Committee**") of Zurich Associates, Ltd., the above-captioned debtor and debtor-in-possession, by its attorneys, Westerman Ball Ederer Miller & Sharfstein, LLP, for entry of an order, (A) approving Committee's Disclosure Statement, dated May 26, 2011 (as it may be supplemented or amended, the "**Disclosure Statement**") with respect to Committee's Plan of Liquidation, dated May 26, 2011 (as it may be supplemented or amended, the "**Plan**"), (B) scheduling a hearing to consider

confirmation of the Plan, (C) establishing procedures for solicitation and tabulation of ballots, and (D) granting related relief, a hearing will be held before the Honorable Joel B. Rosenthal, United States Bankruptcy Judge, in his Courtroom located at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Room 3577, Brooklyn, New York 11201, **on June 13, 2011 at 2:30 p.m**., or as soon thereafter as can be heard.[1]

**PLEASE TAKE FURTHER NOTICE,** that responses or objections to the Motion or any of the relief requested therein by Debtor, including the Disclosure Statement, if any, must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order #462 (General Order #462 and the Attorney's Manual for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),Corel WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing (with a hard-copy delivered directly to Chambers), and be served in accordance with General Order #462, and upon: (i) counsel to the Committee, Westerman Ball Ederer Miller & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556, Attention: Thomas A. Draghi, Esq.; (ii) counsel to Levites Secured Creditors[2], Moses & Singer, 405 Lexington Avenue, New York, New York 10174, Attention: Mark N. Parry, Esq. and Declan Butvick, Esq.,; (iii) counsel to VNB, Kriss & Feuerstein LLP, 360 Lexington Avenue, New York, New York 10017, Attention: Jerold C.

---

[1] By motion dated May 26, 2011 ("Motion to Shorten"), the Committee sought an order shortening notice and expediting the hearing on the Motion, which Motion to Shorten was approved by Order dated May 31, 2011 (Dkt. No. 96].

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Feuerstein, Esq. and Matthew P. Klein, Esq., (iv) counsel to the Debtor, Harvey J. Cavayero & Associates, 57 Old Country Road, 2nd Floor, Westbury, New York 11590, Attention: Harvey J. Cavayero, Esq.; and (v) the Office of the United States Trustee for the Eastern District of New York, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201, Attention: Jacqueline Frome, Esq., **so as to be received by no later than 5:00 p.m. on June 10, 2011**

Dated: Uniondale, New York
May 31, 2011

                         WESTERMAN BALL EDERER MILLER
                            & SHARFSTEIN, LLP

By: */s/ Thomas A. Draghi*
     Thomas A. Draghi, Esq.
     1201 RXR Plaza
     Uniondale, New York 11556
     (516) 622-9200

*Counsel for the Official Committee of Unsecured Creditors of Zurich Associates, Ltd.*